

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

TELEPHONE: 310/277 6910

FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

Jeffrey P. Nolan          June 9, 2021          jnolan@pszjlaw.com

The Honorable Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re:   *In re: Orion HealthCorp, Inc., et al.*
      *Howard M. Ehrenberg, in his capacity as Liquidating Trustee of Orion Healthcorp. Inc. et al v. Level 3 Communications, LLC f/d/b/a/ TW Telecom of Colorado, LLC; Adv. no. 20-08043.*

Dear Judge Trust:

We are counsel for Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., *et al.* (the "Liquidating Trustee") in the above referenced adversary proceeding. This letter was prepared jointly with the input of counsel for the Defendant for submission by Plaintiff.

In response to the Court's request for a *joint status report* from counsel to the above referenced adversary, please be advised that the adversary action has been settled subject to execution of final settlement documents. The parties have exchanged draft settlement documents. The parties anticipate executed papers by next week and dismissal within 60 days thereafter based upon normal business practices. Should anything out of the ordinary occur, the parties will promptly contact the Court.

The Liquidating Trustee will cause this letter to be filed and served on counsel for the Defendant.

Very truly yours,

*/s/ Jeffrey P. Nolan*

Jeffrey P. Nolan

DOCS_LA:338351.3 65004/003



June 9, 2021
Page 2

cc: Kevin Kitchen, Esq. (Via email)
 (Counsel for Defendant)